AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 8:14MJ54 | Date and time warrant executed: 3/5/2014 7:15am | Copy of warrant and inventory left with: JAMES GUSTAFSON |

Inventory made in the presence of: JAMES GUSTAFSON

Inventory of the property taken and name of any person(s) seized:

SEE ATTACHED RECEIPT FOR PROPERTY

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/6/2014

*Executing officer's signature*

PHILIP J. LENZ, SPECIAL AGENT FBI
*Printed name and title*

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 305A-SO-2857290-Nikki 2

On (date) 3/5/2014

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) James Gustafson
(Street Address) 1815 W. 11th St, Hastings, NE
(City) Hastings, NE

Description of Item(s):

1) Windstream Bill Dated 2/7/14, Acct Holder David Gustafson;
2) Charter Bill Dated 2/20/14, Acct Holder Jim Gustafson;
3) VHS Cassettes in Brown Cassette Holder;
4) 3 CDs From Jewelry Case;
5) Various Documents From
6) 1 Red Emtec Titano Drive;
7) 2 External Hard Drives;
8) CPU Tower, Dell, Service Tag # 8PGHJS1

Nothing Else Follows

Received By: (Signature) Mike Wagoner
Received From: (Signature) James Gustafson